ADAMS *et al. v.* WELLS.

RUSSELL, Chief Justice. A father sought by habeas corpus to obtain the custody of his small twin daughters, who were living with a sister of their deceased mother. The mother of the twins had died at their birth, and they were cared for by her father and mother until their death, and then they remained, with the consent of the father, in the same house where they had lived from the time of their birth until the writ of habeas corpus was issued. After the death of his wife the father remarried, and his second wife had borne him a son, now over four years of age. Upon the hearing each of the contestants admitted that the other was thoroughly qualified and able to maintain and support the two children; and each testified to the good character of the other, without qualification. In the trial the judge fully examined a large number of witnesses, and the testimony was carefully considered. In these circumstances it can'not be held that the court erred in awarding the custody of the children to their father rather than to their aunt.

*Judgment affirmed. All the Justices concur.*

No. 11131. MAY 13, 1936.

*J. Wade Johnson Jr.,* for plaintiffs.
*J. Wade Johnson,* for defendant.

HOLEMAN, next friend, *v.* FEDERAL LAND BANK OF COLUMBIA.

BECK, Presiding Justice. The motion for new trial in this case was originally set for hearing on October 13, 1934. At that time the court passed an order extending the time for hearing until November 10, 1934, stating in the order that the extension was granted because it appeared to the court that the brief of evidence and amended motion for new trial could not be prepared and presented within the time originally allowed. On July 29, 1935, the defendant filed a petition to dismiss the motion for new trial, because no brief of evidence and no amendment to the motion had been filed. On this petition the court issued a rule nisi, and set August 17, 1935, for the hearing. The case coming on for hearing on that date, and no brief of evidence and no amended motion having been filed, the court was authorized to sustain the motion to dismiss, although counsel stated to the court at this hearing that he had prepared a brief of evidence. *Pinnebad* v. *Pinnebad,* 129 *Ga.* 267 (58 S. E. 879). *Judgment affirmed. All the Justices concur.*

No. 11158. MAY 13, 1936.

*Harry M. Breed* and *Willis Smith,* for plaintiff.
*Stanford Arnold,* for defendant.